UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DUSTIN GLENN,**

    Plaintiff,

-vs-

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**CASE NO. 3:12-CV-079**

**Judge Timothy S. Black**

---

### JUDGMENT IN A CIVIL CASE

---

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE** and is **REVERSED**; this matter is **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: October 30, 2012                                   **JOHN P. HEHMAN, CLERK**

                                                                    By: *s/ M. Rogers*
                                                                    Deputy Clerk